1

2

3

4

5                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
6                                  AT SEATTLE

7    IN RE: PHENYLPROPANOLAMINE
     (PPA) PRODUCTS LIABILITY
8    LITIGATION,                              MDL NO. 1407

9    _____         ORDER GRANTING MOTION FOR
                                              RECONSIDERATION, VACATING
10   This document relates to:               ORDER, AND SETTING BRIEF-
                                              ING SCHEDULE
11   Beard, et al. v. Perrigo Co.,
     et al., No. 03-470
12

13

14        This matter comes before the court on the June 9, 2005

15   Motion for Reconsideration filed by attorney W. Roger Smith, III,

16   of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles,

17   P.C., former counsel for plaintiffs William Beard and Sara

18   Lepley. Having reviewed this motion, and, being fully advised,

19   the court finds and concludes as follows:

20        On May 9, 2005, plaintiffs filed a *pro se* motion to compel

21   their attorney, Mr. Smith, to return proofs of service of sum-

22   monses on the following defendants: N.A. Buffen, Nathan Roach,

23   and Duckwall-ALCO Store, Inc. Mr. Smith filed no opposition to

24   plaintiffs' motion to compel, and the court granted the motion on

25   June 6, 2005. On the same date, the court granted a motion by Mr.

26   Smith to withdraw as counsel of record for plaintiffs. On June 9,

ORDER
Page – 1 –

1   2005, Mr. Smith filed a Motion for Reconsideration of this

2   court's June 6, 2004 Order Granting Motion to Compel.

3        Local Rule 7(h) provides:

4        Motions for reconsideration are disfavored. The court
         will ordinarily deny such motions in the absence of a
5        showing of manifest error in the prior ruling or a
         showing of new facts or legal authority which could not
6        have been brought to its attention earlier with reason-
         able diligence.
7

8        Mr. Smith explains that while plaintiffs' motion to compel

9   was pending, as counsel to plaintiffs, he was prohibited from

10  taking any position adverse to plaintiffs' interests. Therefore,

11  Mr. Smith refrained from filing an opposition to the motion to

12  compel. Now that the court has granted Mr. Smith leave to with-

13  draw as counsel for plaintiffs, he requests the opportunity

14  oppose plaintiffs' motion. The court is of the opinion that this

15  circumstance is one which could not, with reasonable diligence,

16  have been brought to the court's attention earlier. Mr. Smith

17  acted appropriately, and his request for an opportunity to oppose

18  the motion is reasonable.

19       For the reasons stated above, the court hereby GRANTS Mr.

20  Smith's motion for reconsideration, and VACATES the June 6, 2005

21  Order Granting Motion to Compel. Mr. Smith may file an opposition

22  to plaintiffs' motion to compel no later than July 8, 2005.

23  Plaintiffs may file a reply in support of their motion no later

24  than July 22, 2005.

25

26

ORDER
Page – 2 –

1    DATED at Seattle, Washington this 23rd day of June, 2005

2

3

4                                    Barbara Jacobs Rothstein
                                     U.S. District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
Page – 3 –