UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, | MDL NO. 1407 |
| _____ | ORDER DENYING MOTION TO COMPEL |
| This document relates to: | |
| Beard, et al. v. Perrigo Co., et al., No. 03-470 | |

This matter comes before the court on plaintiffs William Beard and Sara Lepley's May 9, 2005 *pro se* motion to compel their (now former) attorney, W. Roger Smith, III, of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to return proofs of service of summonses on the following defendants: N.A. Buffen, Nathan Roach, and Duckwall-ALCO Store, Inc.

On June 6, 2005, the court granted plaintiffs' unopposed motion. On the same date, the court granted a motion by attorneys at the above-referenced law firm to withdraw from representation of the plaintiffs in this action.

On June 9, 2005, the court received a Motion for Reconsideration filed by attorney W. Roger Smith, III. Mr. Smith explained that as counsel to plaintiffs, he had been prohibited from taking

ORDER
Page - 1 -

a position adverse to plaintiffs' interests until after his representation was terminated, and that therefore, he had refrained from filing an opposition to plaintiffs' motion to compel. On June 23, 2005, the court granted Mr. Smith's Motion for Reconsideration, vacated the June 6, 2005 Order and set a briefing schedule to allow Mr. Smith an opportunity to respond to plaintiffs' motion to compel.

On July 7, 2005, Mr. Smith filed an opposition to plaintiffs' motion to compel. Although the court's June 23, 2005 order contemplated that plaintiffs would file a reply, plaintiffs did not do so. Having reviewed the motion and the opposition, and having been fully advised, the court hereby finds and concludes as follows:

First, plaintiffs' request for the production of these proofs of service bears no demonstrable relevance to plaintiffs' claims in this action. The request is at most only potentially relevant to a separate malpractice action filed by plaintiffs against Mr. Smith and his law firm. In addition, these defendants have all appeared formally, thus proofs of service are unnecessary and redundant. Fed. R. Civ. P. 4(l) clearly states that "[f]ailure to make proof of service does not affect the validity of the service." The court hereby DENIES plaintiffs' Motion to Compel.

ORDER
Page - 2 -

1    DATED at Seattle, Washington this 22nd day of August, 2005

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER
Page - 3 -